| | | |
|---|---|---|
| CAAP–10–00 00129 | Taguchi v. State, Dept. of Health | Vacated, Remanded and Affirmed |

### November 16, 2012

| | | |
|---|---|---|
| 30416 | Hosaka v. Hosaka | Affirmed |
| 30238 | Sparks v. State | Vacated and Remanded |
| 30080 | State v. Rivera | Affirmed in Part and Vacated in Part |

### November 21, 2012

| | | |
|---|---|---|
| CAAP–11–00 00791 | Fukumoto v. State | Affirmed |
| CAAP–11–00 00048 | State v. Transfiguracion | Affirmed |

### November 23, 2012

| | | |
|---|---|---|
| CAAP–11–00 00608 | State v. Florence | Affirmed |
| CAAP–10–00 00067 | State v. Loesch | Vacated and Remanded |

### November 26, 2012

| | | |
|---|---|---|
| CAAP–11–00 00344 | State v. Pai | Affirmed |

### November 28, 2012

| | | |
|---|---|---|
| 30674 | State v. Au | Affirmed |
| CAAP–11–00 00489, CAAP–11–00 00629, CAAP–11–00 01026 | Olson v. Lui | Affirmed |

### November 29, 2012

| | | |
|---|---|---|
| CAAP–11–00 00761 | Mariani v. BAC Home Loans Servicing LP | Affirmed |
| CAAP–11–00 00444 | Mortgage Electronic Registration Systems, Inc. v. Wise | Affirmed |